# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| DARAY ROMEZ WALLER, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 5:12-cv-00087-RLV |
| | ) | 5:09CR26-1-V |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 14, 2013 Order.

March 14, 2013

*signature*

Frank G. Johns, Clerk
United States District Court